SOPHIE ROSENHEIM, Respondent, v. HARRY NADEL and MARTHA K. NADEL, Appellants.— Order granting temporary injunction affirmed, with ten dollars

costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.